UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55391-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6175-CR-ZLOCH
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
PEGGY MEJIA )
Defendant

*****************************************************

TO: Clerk's Office    MIAMI  -  FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-29-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSP/UTTERING COUNTERFEIT SECURITIES

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3-22-80

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date:_____ (9) Arresting Officer:_____

(10) Agency:_____ (11) Phone:_____

(12) Comments:_____

24