UNITED STATES OF AMERICA, :

v.

Peggy Mejia :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-cr-Zloch

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by D.C.
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW Michael H. Bloom and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Michael H. Bloom

Counsel's Signature /s/ Michael H. Bloom

Address 3225 Aviation Ave #300
Coconut Grove, Fl    Zip Code: 33133

Telephone (305) 859-7373

