## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   PEGGY MEJIA (surrender)      CASE NO:   00-6175-CR-ZLOCH

AUSA:   BERTHA MITRANI   *pres*     ATTY:   MICHAEL BLOOM, ESQ.   *pres* (*temp*)

AGENT: _____     VIOL:   18:371, 513(a)

PROCEEDING:   I/A ON INDICTMENT     RECOMMENDED BOND:   50,000 10%

*FILED by ___ D.C.*
*JUN ___ 9 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

BOND HEARING HELD - yes /(no)     COUNSEL APPOINTED: _____

BOND SET @:   50,000 *PSB* + 25,000   10%      To be cosigned by: _____

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: _____.
- ❑ Travel extended to: _____.
- ❑ Halfway House _____.

*Advised of charges*
*Stipulated bond*
*set*

*reset for arraignment*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-10 | 11 | Seltzer | |
| PTD/BOND HEARING: | | | | |
| (PRELIM/ARRAIGN) OR REMOVAL: | 7-10 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE:   6/29/00    TIME:   11:00    FTL/LSS TAPE # 00 - 036   Begin: 3608   End: 154

*and 037*

29