AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani  S/A Jason Krout, USSS, (305)629-1800

## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA   486520

UNITED STATES OF AMERICA

V.

PEGGY MEJIA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6175**

**TO:** **The United States Marshal and any Authorized United States Officer**

CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest _____ PEGGY MEJIA
MAGISTRATE JUDGE
Name
SELTZER

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly conspiring to, and actually, uttering and possessing counterfeit securities of an organization,

in violation of Title 18 United States Code, Section(s) 371 and 513(a)

Clarence Maddox
Name of Issuing Officer

*[signature] Dinny Butler*
Signature of Issuing Officer

Bail fixed at $ 50,000 10% Bond

Clerk of the Court
Title of Issuing Officer

June 22, 2000, Fort Lauderdale, Florida
Date and Location

*[signature] Lurana S. Snow*
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/22/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/29/00 | FOR: USSS | John Walker, ASDUSM |