FILED
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch

UNITED STATES OF AMERICA

vs

Peggy Mejia

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-10-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: SEE BOND

                   Telephone:

DEFENSE COUNSEL:   Name: Michael Bloom

                   Address:

                   Telephone:

BOND SET/CONTINUED: $_____ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 10 day of July, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-055

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

34