| | |
|---|---|
| DEFT: Peggy Mejia (B) | CASE NO: 00-6175-CR-Zloch |
| AUSA: Bertha Mitrani | ATTNY: Michael Bloom  may be mirate 15 minute |
| AGENT: Jamgan | VIOL: present |
| PROCEEDING: Inquiry re Counsel/ Arraignment | BOND REC: |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

FILED by _____ D.C.
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
   ___ Electronic Monitoring

✓ Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Don't believe there are no tapes — will contact Carline if there are tapes.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 7-25-00    11:00am    BSS ✓

DATE: 7-10-00    TIME: 11:00am    TAPE # 00-055    PG # 1163-1276

37