DEFT: PEGGY MEJIA (no deft)  CASE NO: 00-6175-CR-Zloch
AUSA: Bertha Mitrani  ATTNY: Michael Bloom (not present)
AGENT:  VIOL:
PROCEEDING: Status Conference  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS: Discovery will be sent out today. No motions pending. 3 day trial.

FILED by ___ D.C.
JUL 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed./or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: July 25, 2000  TIME: 11:00 A.M.  TAPE # 00-059  PG #