UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH



UNITED STATES OF AMERICA,

VS.

PEGGY MEJIA,

Defendant.
_____/

### STATUS REPORT

A status conference was held in this cause on July 25, 2000. At that conference,

the parties informed the Court as follows:

1.    The Government indicated that it will be forwarding its discovery response

to defense counsel either on July 25 or July 26; the delay is attributed to the unavailability

of the case agent. The Government is ready to proceed and believes that this matter

would require three days to try. However, the Government anticipates that the case will

be resolved by way of a change of plea.

2.    Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this 25th day of July 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Michael Bloom, Esquire
3225 Aviation Avenue, Suite 300
Miami, Florida 33133
Attorney for Defendant