

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch

UNITED STATES OF AMERICA

    vs

PEGGY MEJIA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:    Address: _on Bond_

Telephone: _____

DEFENSE COUNSEL:    Name: _Michael Bloom._
Address: _3225 Aviation Avenue, Suite 300_
_Coconut Grove, Fl. 33133_
Telephone: _305-859-7373_

BOND SET/CONTINUED:   $ _As previously Set._

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __22nd__ day of __September__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
Deputy Clerk

Tape No. _00-050_

cc: Copy for Judge
    U. S. Attorney

