## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: PEGGY MEJIA (B)   CASE NO: 00-6175-CR-ZLOCH(s)

AUSA: BERTHA MITRANI *by Larry Bardfeld*   ATTY: MICHAEL BLOOM, ESQ.

AGENT: _____   VIOL: _____

PROCEEDING: ARRAIGNMENT ON SUPERSEDING   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
trial demanded
Standing Discovery Order requested

*Case scheduled for Change of Plea before Judge Zloch.*

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9/22/00   TIME: 11:00   FTL/LSS TAPE # 00 - 050   Begin: _____   End: _____

83