UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

      V.                  NOTICE

PEGGY MEJIA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                            COURTROOM A
299 E. BROWARD BLVD.       DATE & TIME:
FT. LAUDERDALE, FL 33301   December 1, 2000 at 2:15 PM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: November 9, 2000

cc:
Bertha Mitrani, Esq., AUSA
Michael Bloom, Esq.

