UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



FILED by
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-CR-Z/all  DATE 12-1-00

CLERK Carline Newley  REPORTER Carol Schenzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Peggy Mejia

U.S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Michael Bloom

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted Plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 2-9-01  TIME 10:00  FOR Sentencing

MISC Written Plea Agreement

182