UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    V.         NOTICE

PEGGY MEJIA

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | February 8, 2001, at 10:00 AM |

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: December 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Michael Bloom, Esq.
Probation