UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FEB 8 2001

CASE NUMBER CC-6175-Cr-Zloch DATE 2-8-01
CLERK Caroline Mowby REPORTER Carol Schanzle
PROBATION Debra Pratt INTERPRETER ___

UNITED STATES OF AMERICA v. Peggy Mejia

U. S. ATTORNEY Bertha Mitrani DEFT COUNSEL Michael Bloom

DEFENDANT: (PRESENT) NOT PRESENT (ON BOND) IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 5 yrs Reporting Probation $25,826 joint & several Restitution Spec C'ds - Participate in Home Confinement - 180 days - (See Jac) -
JUDGMENT Not incur any further debt w/o obtaining permission of Prob. Full financial disclosure. Maintain full-time legitimate employment - $100 assessment -

CASE CONTINUED TO ___ TIME ___ FOR ___

MISC ___