# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED by _____ D.C
FEB 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| PEGGY MEJIA | Case Number: **00-6175-CR-ZLOCH** |
| | Counsel For Defendant: **MICHAEL BLOOM, ESQ.** |
| | Counsel For The United States: **BERTHA MITRANI, ESQ., AUSA** |
| | Court Reporter: Carl Schanzleh |

**THE DEFENDANT:**

[X] pleaded guilty to count one superseding indictment

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:371 | conspiracy | 12/99 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] **Counts remaining are dismissed on the motion of the United States.**
To the extent not otherwise disposed of herein, all pending motions are denied as moot.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **3/22/80**
Defendant's USM Number: **55391-004**

Defendant's Residence Address:
18000 NW 42ND AVENUE

OPA LOCKA, FL 33055

Defendant's Mailing Address:
18000 NW 42ND AVENUE

OPA LOCKA, FL 33055

2/8/01
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 2/12/01

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2-12-01

No further action required by
the U.S. Marshals Service.

James A Tussine
UNITED STATES MARSHAL

_____, SDUSM