FILED BY ___ _____ D C

UNITED STATES DISTRICT COURT    2001 FEB 27 PM 1: 12
SOUTHERN DISTRICT OF FLORIDA

CLERK U.C. DIST. CT.
S.D. OF FLA-FTL

**Case No: 00-6175-CR-Zloch**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEGGY MEJIA, et al.

    Defendants.

_____ /

<u>**MOTION TO DISCHARGE SURETY BOND**</u>

    COMES NOW, the defendant, PEGGY MEJIA, by and through her undersigned attorney, and files this her motion to discharge the cash surety bond posted in the above styled cause, and states:

    1.    On the 29th day of June, 2000, the defendant was admitted to bond upon the posting of the $2,500.00 cash personal surety bond.

    2.    The defendant's mother, Maria Mejia, provided the defendant's attorney, Michael H. Bloom, with $2,500.00 cash and, in turn, Mr. Bloom posted that cash with the Clerk of the United States District Court in accordance with this Court's Pretrial Release Order.

    3.    On the 8th day of February, 2001, the defendant herein appeared before this Honorable Court for sentencing and the defendant was sentenced to a term of five (5) years probation and is currently on probation.



4.    The defendant has complied with all of the terms and conditions of her pretrial appearance bond and the cash bond should be discharged.

5.    Defense counsel has discussed the instant motion with Assistant United States Attorney, Bertha R. Mitrani, who has advised that the Government has no objection to this Court entering an Order granting the instant motion.

WHEREFORE, defendant seeks entry of an Order granting the instant motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14 day of February, 2001, to: Bertha R. Mitrani, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394.

Law Offices of Michael H. Bloom
Attorney for Defendant Media
3225 Aviation avenue, Suite 300
Miami, Florida 33131
(305) 859-7373

Michael H. Bloom