FILED by _____ D.C.

FEB 2 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

V.

PEGGY MEJIA

ORDER DISCHARGING BOND

---

THIS MATTER is before the court upon Motion To Discharge Surety Bond (filed February 27, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ordered to disburse the cash bond plus any accrued interest to Michael Bloom, Esq.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 28th day of February, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Michael Bloom, Esq.
Financial

247