PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64476

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6175-CR-ZLOCH</u>

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   MEJIA, Peggy

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Court Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: February 8, 2001

Original Offense:      Title 18, U.S.C. §371, Conspiracy, a Class "D" felony.

Original Sentence:     Five (5) years Probation and Restitution in the amount of $25,800.26 with the following special conditions:

1.  The defendant shall participate in the Home Detention Electronic Monitoring program for a period of 180 days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at her place of residence without call forwarding, call waiting, a modem, Caller ID, or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay cost of electronic monitoring at the rate of $4.25 each day.

2.  The defendant shall not incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining the prior written permission from the U.S. Probation Officer.

3.  The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer.

4.  The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused in writing by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Officer.

Type of Supervision: Probation                          Date Supervision Commenced: February 8, 2001

---

## PETITIONING THE COURT

[]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64476

The defendant shall participate in the Home Detention Monitoring Program for up to 120 Days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at her place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.49 per month.

## CAUSE

**Violation of Standard Condition**, by failing to submit a truthful and complete monthly supervision report within the first five (5) days of each month for the months of September, October, November and December 2002.

**Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On February 11, 2003, the probationer failed to submit a payment towards her restitution.

Ms. Meija's compliance with the conditions of supervision have been sporadic at best. It appears to this officer that Ms. Mejia is simply unorganized and lacks focus. Ms. Mejia admitted the above violations. On February 18, 2003, Ms. Meija was offered, and signed, a Waiver of Hearing to Modify Conditions of Supervision to include 120 days Home Detention Monitoring Program.

This officer recommends that Ms. Mejia's non-compliance be addressed through the structure offered by placement in the Home Detention Monitoring Program.

by  
Respectfully submitted  
James D. Hampton  
U.S. Probation Officer  
Phone: 305 512-1812  
Date: February 19, 2003

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

2/25/03  
Date