PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64476

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6175-CR-ZLOCH
### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: MEJIA, Peggy

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U.S. District Court Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: February 8, 2001

Original Offense: Title 18, U.S.C. §371, Conspiracy, a Class "D" felony.

Original Sentence: Five (5) years probation and restitution in the amount of $25,800.26 with the following special conditions: 1) The defendant shall participate in the Home Detention Electronic Monitoring program for a period of 180 days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at her place of residence without call forwarding, call waiting, a modem, Caller ID, or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay cost of electronic monitoring at the rate of $4.25 each day. 2) The defendant shall not incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining the prior written permission from the U.S. Probation Officer. 3) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer. 4) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused in writing by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Officer.

On February 25, 2003, the defendant's conditions of supervision were modified to include 120 days in the Home Detention Electronic Monitoring Program.

Type of Supervision: Probation         Date Supervision Commenced: February 8, 2001

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64476

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**"The defendant shall pay restitution at the rate of $250.00 per month beginning April 2003, until such time as the Court may alter the payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."**

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on her restitution balance. The defendant reported her income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. The defendant has agreed to begin payment of $250.00 per month commencing April 2003, and every month thereafter. As such, it is respectfully requested that Your Honor sign the petition for Probation Action modifying the conditions of probation as indicated above.

Respectfully submitted,

by /s/ Mark E. Delesdernier  
Mark E. Delesdernier  
U.S. Probation Officer  
Phone: 305-512-1825  
Date: March 18, 2003

---

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for __ Warrant or __ Summons

_____  
Signature of Judicial Officer

3/25/03  
Date