UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

PEGGY MEJIA

_____/

CASE NO. 00-6175-CR-ZLOCH
SD/FL PACTS NO.

**PAYMENT AGREEMENT**



The United States of America and PEGGY MEJIA, hereby stipulate and agree to enter into a payment schedule to satisfy the $25,800.26 (joint and several) restitution imposed in the Judgment And Probation Commitment Order entered herein on February 8, 2001, against Defendant, PEGGY MEJIA, pursuant to the following term.

1. The Defendant, PEGGY MEJIA, shall pay the restitution balance of $25,800.26 (total ordered - joint and several) in principal to the United States of America at the rate of $250 per month, beginning March 15, 2006, and each month thereafter until the obligation is paid in full.

2. The Defendant, PEGGY MEJIA, shall send the monthly payments by cashier's check or money order, made payable to the U.S. Department of Justice, and mail to the:

    U.S. Attorney's Office
    99 N.E. 4th Street, Room 300
    Miami, Florida 33132

(or some future address as designated by the U.S. Attorney's Office). The case number and defendant's name PEGGY MEJIA must be printed on the check.



PAYMENT AGREEMENT
PEGGY MEJIA
PAGE 2

3. The Defendant, PEGGY MEJIA, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5. The Defendant, PEGGY MEJIA, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $25,800.26 (joint and several) restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

PAYMENT AGREEMENT
PEGGY MEJIA
PAGE 3

The parties consent to the terms of the above-specified agreement.

|  |  |
|---|---|
|  | R. ALEXANDER ACOSTA<br>United States Attorney |

By: _____

| Defendant, PEGGY MEJIA | Assistant U.S. Attorney |
|---|---|
| Address:  2A Lin Drive | Financial Litigation Unit |
| Eglin AFB, Florida 32542 | 99 N.E. 4th Street, #313 |
| (Okaloosa County) | Miami, Florida 33132 |
| Phone:  (305) 331-8097 (cell) | (305) 961-9313 |
| SSN:  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 |  |

_____
Donna D. Easterling
U.S. Probation Officer
Address:    17 S. DeVilliers Street
            Pensacola, FL 32502

Phone:      (850) 435-8430

Dated this  30th  Day of November, 2005.

3