UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

FILED by _____ D.C.

APR 24 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                O R D E R

PEGGY MEIJA,

   Defendant.
_____/

  THIS MATTER is before the Court upon the parties' Payment Agreement (DE 287). The Court has carefully reviewed said Payment Agreement and the entire court file and is otherwise fully advised in the premises.

  Accordingly, after due consideration, it is

  **ORDERED AND ADJUDGED** that the Payment Agreement (DE 287) be and the same is hereby approved, adopted and ratified by the Court. The Restitution Order (DE 223) of $25,800.26 entered on February 12, 2001 shall be paid according to the agreed schedule.

  **IT IS FURTHER ORDERED AND ADJUDGED** that the United States of America shall serve upon Defendant Peggy Meija a true and correct copy of this Order on or before Friday, May 12, 2006 and file a Return of Service reflecting the same with the Clerk of the Court.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___24th___ day of April, 2006.

                _____
                WILLIAM J. ZLOCH
                Chief United States District Judge

Copy furnished:
Elizabeth Ruf Stein, AUSA
Donna D. Easterling, USPO

