UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEGGY MEJIA,

    Defendant.
_____/

**NOTICE OF FILING RETURN OF SERVICE**

Plaintiff, United States of America hereby files its notice of filing return of service in compliance with the Court's Order entered herein on April 24, 2006.

The United States of America served a copy of the Court's Order on the defendant, Peggy Mejia by United States Postal Service, Certified Mail, Return Receipt Requested, on May 8, 2006. See Attached Exhibit A.

Dated: May 11, 2006
    Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Elizabeth Ruf Stein
Assistant U.S. Attorney
Fla. Bar No. 354945
elizabeth.stein@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street, #300
Miami, Florida 33132-2111
Tel:(305) 961-9313
Fax:(305) 530-7195
Attorney for Plaintiff
The United States of America

*NIGHT BOX FILED MAY 11 2006 CLARENCE MADDOX USDC/SDFL/MIA*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by U.S. Mail, pre-paid postage this 12ᵗʰ day of May, 2006, on all counsel or parties of record on the attached service list.

Elizabeth Ruf Stein
Assistant U.S. Attorney

**SERVICE LIST**

**00-6175-CR-ZLOCH**

Peggy Mejia
2A Lin Drive
Eglin AFB, Florida 32542
(Okaloosa County)
Defendant


Donna D. Easterling
U.S. Probation Officer
17 S. DeVilliers Street
Pensacola, FL 32502
Phone: (850) 435-8430



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 0750 0001 6613 6295**
Status: **Delivered**

Your item was delivered at 2:52 pm on May 08, 2006 in EGLIN AFB, FL 32542.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: PEGGY MEJIA
Street, Apt. No.; or PO Box No.: 2A LIN DRIVE
City, State, ZIP+4: EGLIN AFB, FL 32542

PS Form 3800, June 2002    See Reverse for Instructions

GOVERNMENT EXHIBIT A

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    5/11/2006